■ JACQUELINE R. KETTLE, Respondent-Appellant, v SALLY E. BECKWITH, Respondent, and CITY OF SALAMANCA, Appellant. [696 NYS2d 732] —Appeals unanimously dismissed without costs (see, Cobb v Kittinger, 168 AD2d 923). (Appeals from Order of Supreme Court, Cattaraugus County, Feeman, Jr., J.—Sum-

mary Judgment.) Present—Green, J. P., Lawton, Pigott, Jr., Scudder and Balio, JJ.